UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JORDAN I. STOREY,

                               Plaintiff,

   -against-                                        7:16-CV-206 (LEK/ATB)

WILLIAM MORRIS, *et al.*,

                               Defendants.

## ORDER

     This matter comes before the Court following a Report-Recommendation filed on February 1, 2017, by the Honorable Andrew T. Baxter, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 12 ("Report-Recommendation").

     Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306–07, 306 n.2 (N.D.N.Y. 2008); see also Machicote v. Ercole, No. 06-CV-13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a pro se party's objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument."). "A [district] judge . . . may

accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).

No objections were filed in the allotted time period. Docket. Thus, the Court has reviewed the Report-Recommendation for clear error and has found none.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 12) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Storey's Amended Complaint (Dkt. No. 10) is **DISMISSED in its entirety without leave to amend** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim; and it is further

**ORDERED**, that Storey's Freedom of Information Law and negligence claims are **DISMISSED without prejudice** to Storey's bringing these claims in the appropriate New York state court; and it is further

**ORDERED**, that the Clerk of the Court shall serve a copy of this Order on Storey in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:  March 08, 2017
        Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge